TRUST:

3/20/26

CASE NO 26-12039-MAM.

FILED-USBC, FLS-WPI
'26 MAR 20 AM 11:40

I APOLOGIZE FOR NOT ATTENDING

MEET YESTERDAY.

I GOT ABSORDED AT WORK TRYING

TO CORRECT SITUATION & A EMERGENCIE.

AND NOT REALIZING THE TIME.

I AM TOTALLY AT FALT & I ASK

FOR RECONSIDATION.

THANK YOU

C Graham

561-541-3980

MTGSUCM@GMAIL.CO

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

# CHASE ○

1166137480
25-3
1440

**Remitter:** CLIFF GRAHAM

Date: 02/20/2026    Void after 1 year

**Pay To The Order Of:** ROBIN WEINER TRUSTEE

**Pay:** THREE THOUSAND SIX HUNDRED SIXTY NINE DOLLARS AND 69 CENTS    $** 3,669.69 **

Drawer: **JPMORGAN CHASE BANK, N.A.**

Do not write outside this box

Thomas W Horne, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

Memo:
Note: For information only. Comment has no effect on bank's payment.

Security
Features
Details on
Back

⑈"1166137480⑈" ⑈:044000037⑈: 758661326⑈"