# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

**CASE NO.:  26-12039-BKC-MAM**
PROCEEDING UNDER CHAPTER 13

IN RE:

CLIFF GRAHAM
XXX-XX-6058

DEBTOR_____/

### TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1.   The automatic stay was not extended pursuant to 11 U.S.C. §362(c)(3) or imposed pursuant to 11 U.S.C. §362(c)(4);

2.   Failure to obtain credit counseling from an approved credit counseling agency prior to the filing of the petition as required by 11 U.S.C. §109;

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 25th day of March, 2026.

/s/ Robin R. Weiner_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**

CLIFF GRAHAM
PO BOX 222055
WEST PALM BEACH, FL  33422

**ATTORNEY FOR DEBTOR**

PRO-SE

**CREDITOR(S)**

CAPITAL ONE
POB 30285
SALT LAKE CITY, UT  84130

CAPITAL ONE BANK
C/O AMERICAN INFOSOURCE LP
POB 71083
CHARLOTTE, NC  28272

CAPITAL ONE BANK (USA) N.A.
C/O AMERICAN INFOSOURCE LP
POB 71083
CHARLOTTE, NC  28272

CAPITAL ONE, N.A.
BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY, OK  73118

CHASE
POB 15298
WILIMINGTON, DE  19850

CROSS CREEK CONDOMINIUM ASSOC
C/O STOLOFF & MANOFF PA
1818 AUSTRALIAN AVE SOUTH, STE 400
WEST PALM BEACH, FL  33409

CROSS CREEK CONDOMINIUM ASSOC INC
1500 N CONGRESS AVE
THE CLUBHOUSE
WEST PALM BEACH, FL  33401

CROSS CREEK CONDOMINIUM ASSOCIATION, INC.
C/O STOLOFF & MANOFF, P.A.
2090 PALM BEACH LAKES BLVD, SUITE 502
WEST PALM BEACH, FL  33409

D.B. INVESTMENTS 3 LLC
409 SE 16 COURT
FORT LAUDERDALE, FL  33316

DANE T. STANISH
3475 SHERIDAN STREET SUITE 209
HOLLYWOOD, FL  33021

DON SCHLICHTMANN
C/O 1&#092;ALISH & JAGGARS, PLLC
2161 PALM BEACH LAKES BLVD, STE 309
WEST PALM BEACH, FL  33409

DONALD SCHLICHTMANN
KIEM LAW, PLLC
8461 LAKE WORTH ROAD, SUITE 114
LAKE WORTH, FL  33467

FIFTH THIRD BANK, N.A.
1830 EAST PARIS S.E MS #RSCB3E
GRAND RAPIDS, MI  49546

ITHINK FINANCIAL CREDIT UNION
POB 5090
BOCA RATON, FL  33431

SANTANDER CONSUMER USA, INC.
POB 560284
DALLAS, TX  75356

SANTANDER CONSUMER USA, INC.
POB 961245
FT WORTH, TX  76161